## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| ERIC L. GREEN, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RENTGROW, INC.,<br><br>Defendant. | Case No. 1:24-cv-01102-MSN |

## ORDER GRANTING DEFENDANT'S CONSENT MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT

Defendant RentGrow, Inc. ("Defendant") has filed a Consent Motion for an Extension of Time to respond to the complaint filed by Plaintiff Eric L. Green.  Defendant seeks to extend the time to respond to Plaintiff's complaint from July 29, 2024 to and through August 19, 2024.

UPON CONSIDERATION of the Motion, and for good cause shown, the Motion is hereby **GRANTED**. Defendant shall have until and through August 19, 2024 to move to dismiss or otherwise respond to Plaintiff's complaint.

**IT IS SO ORDERED**.

DATED:  July 25, 2024

*Lindsey R. Vaala*
Lindsey Robinson Vaala
United States Magistrate Judge